UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 12-2021-CAS (Ex) | Date | October 15, 2012 |
|---|---|---|---|
| Title | DANIEL ZINAR, M.D. V. FERNANDO RAVESSOUD, M.D., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Thomas Weiss | Louis Altman |

**Proceedings:** **PLAINTIFF'S MOTION TO FILE A FIRST AMENDED COMPLAINT** (filed September 6, 2012)

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** (filed September 6, 2012)

On December 12, 2011, plaintiff filed suit in the Superior Court of California, County of Los Angeles against Fernando Ravessoud, Argus Management Company, LLC, and Does 1–10. See Dkt. No. 1. On March 9, 2012, defendant removed the action to this Court pursuant to 28 U.S.C. §§ 1332 and 1441(b), after the dismissal of Argus Management Company from the action. Dkt. No. 1.

On September 6, 2012, plaintiff filed a motion to file a first amended complaint, adding Fernando A. Ravessoud, M.D., Medical Corporation ("Ravessoud Corp."), as a defendant to this action. Dkt. No. 22. Plaintiff also filed a motion for a preliminary injunction on the same date. Dkt. No. 23. Defendant opposed plaintiff's request for a preliminary injunction, Dkt. No. 29, but defendant did not oppose plaintiff's motion to amend his complaint. Plaintiff filed replies on October 1, 2012. Dkt. Nos. 32, 33. The Court held a hearing on October 15, 2012.

Under 28 U.S.C. § 1447(e), the Court finds it appropriate to grant plaintiff's motion to file an amended complaint, which may be filed forthwith.[1] Amendment is

---

[1] 28 U.S.C. § 1447(e) grants the district court discretion to permit a plaintiff to join additional defendants who would destroy diversity in a case removed from state court. If a plaintiff is allowed to amend his complaint as such, the case must then be remanded to state court. See IBC Aviation Services, Inc. v. Compania Mexicana de Aviacion, S.A. de

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 12-2021-CAS (Ex) | Date | October 15, 2012 |
|---|---|---|---|
| Title | DANIEL ZINAR, M.D. V. FERNANDO RAVESSOUD, M.D., ET AL. | | |

appropriate here because, among other reasons, the party sought to be joined is likely necessary for complete adjudication of this case.  See Fed. R. Civ. P. 19.  Moreover, defendant does not oppose plaintiff's motion to file an amended complaint naming Ravessoud Corp. as an additional defendant.

In accordance with the foregoing, the Court GRANTS plaintiff's request for leave to amend his complaint and ORDERS that the action be REMANDED to the Superior Court of California, County of Los Angeles.  Because the Court lacks subject matter jurisdiction over the instant matter, the Court DENIES plaintiff's motion for a preliminary injunction without prejudice.

IT IS SO ORDERED.

|  | 00 | : | 04 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |

---

C.V., 125 F. Supp. 2d 1008, 1014 (N.D. Cal. 2000) (finding that permitting plaintiff to join a party who destroys diversity "necessitate[s] remand to the state court from which the action was removed").